DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Dawn Kirby, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re

JEFFREY PAUL MOSKOWITZ,

     Debtor

-------------------------------------------------------X

Chapter 13

Case No.  17-23511-rdd

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
          ) SS.:
COUNTY OF WESTCHESTER )

Daisy A. Pons, being duly sworn, deposes:

  Deponent is not a party to the action and is over 18 years of age and is an employee of the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, 11th Floor, White Plains, New York 10601.

  On the 4th day of October 2017, Deponent served a copy of the *Debtor's Chapter 13 Plan* upon the parties on the service list annexed hereto, by depositing a true copy of same, enclosed in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service in the State of New York by first class mail.

       */s/ Daisy A. Pons*
        Daisy A. Pons

Sworn to before me this
4th day of October 2017
*/s/ Bryn A. Leonardo*
Bryn A. Leonardo
Notary Public, State of New York
Qualified in Westchester County
Commission Expires April 7, 2018

# SERVICE LIST

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101-1270

CACH LLC
370 17TH STREET STE 5000
DENVER, CO 80202

CACH, LLC
111 CENTRE STREET
NEW YORK, NY 10001-7000

CAPITAL ONE
P.O. BOX 30285
SALT LAKE CITY, UT 84130-0285

CAPITAL ONE BANK USA
P.O. BOX 30281
SALT LAKE CITY, UT 84130

CATHERINE QUIBLIER
3 RUE DEL'ORATOIRE
DOUVAINE FRANCE 74140

CITIBANK
1000 TECHNOLOGY DRIVE
O FALLON, MO 63368

CITIBANK
120-55 QUEENS BLVD
KEW GARDENS, NY 11415

NORTH STAR CAPITAL
ACQUISITIONS LLC
220 JOHN GLENN DRIVE #1
BUFFALO, NY 14228

NYC DEPARTMENT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS DIVISION
BROOKLYN, NY 11201-3719

NYS DEPAT. OF TAX & FINANCE
BANKRUPTCY SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300

OFFICE OF THE U.S. TRUSTEE
US FEDERAL OFFICE BUILDING
201 VARICK STREET, STE 1006
NEW YORK, NY 10014

PALISADES ACQUISITION LLC
210 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632

PALISADES COLLECTION LLC
210 SYLVAIN AVENUE
ENGLEWOOD CLIFFS, NJ 07632

STEPHEN EINSTEIN & ASSOCIATES
39 BROADWAY, ROOM 1250
NEW YORK, NY 10006

UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007

JEFFREY L. SAPIR, ESQ.
STANDING CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, SUITE 102
WHITE PLAINS, NY 10603